IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRIAN ANTHONY BUCK | § | |
| | § | |
| V. | § | 1:00-CR-105 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER DENYING MOTION FOR TRANSCRIPTS

Defendant, proceeding *pro se*, moves the court to provide him copies of all documents filed in this matter, as well as transcripts of all hearings held. The motion is referred to the undersigned for determination. Docket No. 65.

In this action, defendant was convicted – following his guilty plea – of possessing cocaine base, with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). The court sentenced defendant to 72 months imprisonment, followed by a 3-year term of supervised release, on September 19, 2003. Docket No. 62.

Defendant has not tendered requisite fees for the documents requested. Although he was determined to be indigent at the outset of this action, there is no pending direct appeal, nor is one permitted at this late date, almost two years following entry of judgment. Fed. R. App. P. 4(b). Moreover, defendant's separate collateral attack on his conviction, a motion to vacate under 28 U.S.C. § 2255, has

been denied by this court. Case No. 1:05-cv-90, Docket No. 8. Thus, the requested transcripts are not needed in connection with any pending issue. It is therefore

**ORDERED** that defendant's motion requesting copies of documents and transcripts (Docket No. 64) is **DENIED**.

SIGNED this 11th day of July, 2005.

_____
Earl S. Hines
United States Magistrate Judge